**LOWENSTEIN SANDLER PC**
Attorneys At Law
1251 Avenue of the Americas
New York, New York 10020
212-262-6700
-and-
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attorneys for Plaintiffs Xmark Opportunity Fund, L.P.
and Xmark Opportunity Fund, Ltd.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/05
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
DOCKET NO.: 05 CV 6696 (JGK)

| | |
|---|---|
| XMARK OPPORTUNITY FUND, L.P., and XMARK OPPORTUNITY FUND, LTD., <br><br> Plaintiffs, <br> vs. <br><br> CEPTOR CORPORATION and WILLIAM H. PURSLEY, <br><br> Defendants. | CIVIL ACTION <br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The above-captioned matter having been adjusted amicably by and between the parties, it is hereby stipulated and agreed that this matter be and hereby is dismissed WITH PREJUDICE, and without costs or attorneys' fees as to any party.

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Attorneys for Defendants

By: _____
Kenneth J. Rubinstein (KR-1410)

DATED: September 21, 2005

LOWENSTEIN SANDLER PC
Attorneys for Plaintiffs

By: _____
Zachary D. Rosenbaum

DATED: September 23, 2005

IT IS SO ORDERED:

_____
Hon. John G. Koeltl, U.S.D.J.

DATED: 9/24, 2005